UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re: Aaron Peek

              Debtor(s)
_____/

Case No. 16-41765
Chapter 13
Hon Mark A. Randon

## THIRD POST-CONFIRMATION PLAN MODIFICATION
{EXCUSE 2017 TAX REFUND, INCREASE PLAN PAYMENTS}

NOW COME the Debtor, Aaron Peek, by and through his Attorney, Aaron D. Geyer, and hereby moves to modify his confirmed plan as follows:

1. The Debtor's 60-month plan was confirmed on May 17, 2016. Therefore it has been 23 months post confirmation.

2. Pursuant to the terms of the Plan, the Debtor is required to remit $1,390.14/semi-monthly as his Plan payment.

3. Pursuant to the terms of the Plan, the Debtor is required to remit 100% of his federal income tax refund to further supplement funding of the Plan.

5. The Debtor filed his 2017 tax return and received a federal income tax refund in the amount of $6,898.00. (a redacted copy of the 2017 tax return is attached).

6. The Debtor was previously employed by PrimeLending. The Debtor's Amended Schedules I&J (filed in December 2017), disclosed his net monthly income at $5,612.73.

7. As evidenced by the three enclosed semi-monthly stubs, the Debtor only brought home a total of $475.63 for 1 ½ months.

8. The Debtor used his 2017 tax refund combined with the net income of his LTP to cover his expenses for the months of March and April 2018.

9. The Debtor has found new employment with Movement Mortgage LLC where his income will increase and he will be able to increase plan payments to $2,930.14/Mo.

10. The remaining terms of the plan are unaffected and the proposed amended plan represents the best effort of the Debtors.

WHEREFORE, Debtors pray for an Order approving the Debtor's Third Post-Confirmation Plan Modification that increases plan payments and excuses remission of his 2017 Tax refund.

Dated: 04/30/2018    /s/ Aaron D. Geyer

                                                    Aaron D. Geyer (P39889)
                                                    Debtors' Attorney

Prepared by:
Aaron D. Geyer, (P-39889)
32411 Mound Road
Warren, Michigan 48092
(586) 303-2211
Aaron@Chrisaiello.com



**13Network**

CHRISTOPHER P AIELLO PC Case Query     LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Recently Accessed Cases: 16-41765-MAR AARO

**16-41765-MAR** AARON PEEK (xxx-xx-0802) 40810 UTICA ROAD • • STERLING HEIGHTS • MI • 48313 $1,390.14 SM/   Bar Date(s): 6/30/2016 (has passed) 8/9/2016

Confirmed: 5/17/2016

Print Inquiry    Trustee: Krispen S. Carroll    Attorney: BART NOW PLLC    Case Status: OPEN/ACTIVE

The data on these pages has not been audited and is provided for general information only.

23 Month(s) since Confirmation   UP = $0.00   TPI = $39,822.40   TPILR = $37,523.33   BOH = $1,802.00   BOH+FEES = $1,948.11

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | BART NOW PLLC | $5,310.00 | | | | | | |
| 2 | ADDED CREDITOR | $1,500.00 | | $1,500.00 | | | $1,500.00 | |
| | **OTHER ATTORNEY FEES** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **OTHER PROFESSIONAL FEES** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 5 | AARON PEEK | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 6 | DITECH FINANCIAL LLC | $12,413.73 | | $9,678.90 | | $302.77 | $9,678.90 | 31 |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 12 | DITECH FINANCIAL LLC | | | | | $943.35 | $34,903.95 | |
| 13 | DITECH FINANCIAL LLC | $4,356.17 | | $4,356.17 | | | $4,356.17 | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 20 | INTERNAL REVENUE SERVICE | $19,734.39 | | $19,734.39 | | | $19,734.39 | |
| 21 | STATE OF MICHIGAN CD | $4,683.99 | | $4,683.99 | | | $4,683.99 | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 31 | CHRISTIAN FINANCIAL | $26,981.99 | | $24,209.28 | 5.2500 | $710.12 | $26,274.36 | 36 |
| 32 | CHRISTIAN FINANCIAL | $953.28 | | $953.28 | | | $953.28 | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 36 | ADDED CREDITOR | | | | | | | |
| 37 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 38 | | 34667.45 | | | 0 | | | |

Change Line# [0]   OK    Plan Terms [37]   Calc    Unsecured % [0]   Calc    Due to Creditors: $2,114.85    $110,362.21

Restart     In from Debtor: $2,930.14    $110,363.29

Trustee's % [7.5]

Lump Sum $ [1,948.11]

Delete Line [0]   OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| AARON PEEK | $1,465.07 | SEMI-MONTHLY | $ | ? |
| AARON PEEK | $0.00 | MONTHLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | MONTHLY | $ | ? |

16-41765-mar    Doc 56    Filed 04/30/18    Entered 04/30/18 13:07:15    Page 3 of 13

| 02861 | PRIMELENDING, A PLAINSCAPITAL COMPANY | | | Check No: 01049083 |
|---|---|---|---|---|

18111 PRESTON ROAD, STE. 900, DALLAS, TX 75252 | (800) 317-7463

| ID# | Name | | SSN | Period Start |
|---|---|---|---|---|
| N14317 | AARON A PEEK | | xxx-xx-0802 | 02/01/2018 |
| Pay Date | Department | Location | Federal Allowances | Pay Method | Period End |
| 02/28/2018 | 50-031 | MITRY010 | S-10 | HOURLY | 02/15/2018 |

### EARNINGS

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 9.2500 | 88.0000 | $ 814.00 | $ 3,008.80 |
| HOLIDAY | | | | $ 219.20 |
| COMMISSION | | | $ 974.52 | $ 6,118.04 |
| COMMW0401 | | | $ 974.51 | $ 6,118.02 |
| INC VOLUME | | | | $ 1,000.00 |
| SIGN ON BON | | | | $ 4,000.00 |
| **Total Earnings:** | | 88.0000 | $ 2,763.03 | $ 20,464.06 |

### TAXES

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 48.47 | $ 2,379.78 |
| SOCIAL SEC | $ 145.92 | $ 1,173.91 |
| MEDICARE | $ 34.12 | $ 274.54 |
| MI STATE W/H | $ 57.52 | $ 627.25 |
| **Total Taxes:** | $ 286.03 | $ 4,455.48 |

### DEDUCTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| GARNISH/BANK | $ 1,390.14 | $ 2,780.28 |
| 401(K) | | $ 175.06 |
| MEDICAL | $ 172.47 | $ 689.88 |
| DENTAL | $ 37.91 | $ 151.64 |
| VISION | $ 7.55 | $ 30.20 |
| FSA MEDICAL | $ 41.67 | $ 166.68 |
| SUPP LIFE | $ 7.88 | $ 31.52 |
| CHILD SUP | $ 193.75 | $ 775.00 |
| HSA | $ 150.00 | $ 491.67 |
| **Total Deductions:** | $ 2,001.37 | $ 5,291.93 |

### PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|

### CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| 401K MATCH | | $ 87.53 |
| ER HSA | | $ 1,200.00 |

**Net Pay:** $ 475.63
**Net Pay Year-to-Date:** $ 10,716.65

### DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 72645 | $ 475.63 |

ExponentHR by Exponent Technologies

---

PRIMELENDING, A PLAINSCAPITAL COMPANY
18111 PRESTON ROAD, STE. 900
DALLAS, TX 75252

Date: 02/28/2018

01049083

Pay to the order of: **AARON A PEEK**

Amount: $ *****475.63

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

N14317
**AARON A PEEK**
**40810 UTICA ROAD**
**STERLING HEIGHTS, MI 48313**



NON-NEGOTIABLE

# 02861 | PRIMELENDING, A PLAINSCAPITAL COMPANY
18111 PRESTON ROAD, STE. 900, DALLAS, TX 75252 | (800) 317-7463

Check No: 01055879

| ID# | Name | SSN | Period Start |
|---|---|---|---|
| N14317 | AARON A PEEK | xxx-xx-0802 | 02/16/2018 |

| Pay Date | Department | Location | Federal Allowances | Pay Method | Period End |
|---|---|---|---|---|---|
| 03/15/2018 | 50-031 | MITRY010 | S-10 | HOURLY | 02/28/2018 |

### EARNINGS

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 9.2500 | 64.0000 | $ 592.00 | $ 3,600.80 |
| HOLIDAY | 9.2500 | 8.0000 | $ 74.00 | $ 293.20 |
| COMMISSION | | | | $ 6,118.04 |
| COMMW0401 | | | | $ 6,118.02 |
| INC VOLUME | | | | $ 1,000.00 |
| SIGN ON BON | | | | $ 4,000.00 |
| **Total Earnings:** | | 72.0000 | $ 666.00 | $ 21,130.06 |

### TAXES

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | | $ 2,379.78 |
| SOCIAL SEC | $ 41.29 | $ 1,215.20 |
| MEDICARE | $ 9.66 | $ 284.20 |
| MI STATE W/H | | $ 627.25 |
| **Total Taxes:** | $ 50.95 | $ 4,506.43 |

### DEDUCTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| GARNISH/BANK | $ 421.30 | $ 3,201.58 |
| 401(K) | | $ 175.06 |
| MEDICAL | | $ 689.88 |
| DENTAL | | $ 151.64 |
| VISION | | $ 30.20 |
| FSA MEDICAL | | $ 166.68 |
| SUPP LIFE | | $ 31.52 |
| CHILD SUP | $ 193.75 | $ 968.75 |
| HSA | | $ 491.67 |
| **Total Deductions:** | $ 615.05 | $ 5,906.98 |

**Net Pay:** $ 0.00
**Net Pay Year-to-Date:** $ 10,716.65

### PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|
| | | |

### CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| 401K MATCH | | $ 87.53 |
| ER HSA | | $ 1,200.00 |

### DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|
| | | |

©Exponent^HR by Exponent Technologies

---

PRIMELENDING, A PLAINSCAPITAL COMPANY
18111 PRESTON ROAD, STE. 900
DALLAS, TX 75252

Date: 03/15/2018

01055879

Pay to the order of: **AARON A PEEK**

Amount: $ *******0.00

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

N14317
**AARON A PEEK**
40810 UTICA ROAD
STERLING HEIGHTS, MI 48313


NON-NEGOTIABLE

| 02861 | PRIMELENDING, A PLAINSCAPITAL COMPANY | | | Check No: 01060034 |
|---|---|---|---|---|
| | 18111 PRESTON ROAD, STE. 900, DALLAS, TX 75252 (800) 317-7463 | | | |

| ID# | Name | | | SSN | Period Start |
|---|---|---|---|---|---|
| N14317 | AARON A PEEK | | | xxx-xx-0802 | 03/01/2018 |
| Pay Date | Department | Location | Federal Allowances | Pay Method | Period End |
| 03/30/2018 | 50-031 | MITRY010 | S-10 | HOURLY | 03/15/2018 |

### EARNINGS

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 9.2500 | 88.0000 | $814.00 | $4,414.80 |
| HOLIDAY | | | | $293.20 |
| COMMISSION | | | | $6,118.04 |
| COMMO401 | | | | $6,118.02 |
| INC VOLUME | | | | $1,000.00 |
| SIGN ON BON | | | | $4,000.00 |
| **Total Earnings:** | | 88.0000 | $814.00 | $21,944.06 |

### TAXES

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | | $2,379.78 |
| SOCIAL SEC | $50.47 | $1,265.67 |
| MEDICARE | $11.80 | $296.00 |
| MI STATE W/H | | $627.25 |
| **Total Taxes:** | $62.27 | $4,568.70 |

### DEDUCTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| GARNISH/BANK | $557.98 | $3,759.56 |
| 401(K) | | $175.06 |
| MEDICAL | | $689.88 |
| DENTAL | | $151.64 |
| VISION | | $30.20 |
| FSA MEDICAL | | $166.68 |
| SUPP LIFE | | $31.52 |
| CHILD SUP | $193.75 | $1,162.50 |
| HSA | | $491.67 |
| **Total Deductions:** | $751.73 | $6,658.71 |

**Net Pay:** $0.00
**Net Pay Year-to-Date:** $13,189.49

### PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|

### CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| 401K MATCH | | $87.53 |
| ER HSA | | $1,200.00 |

### DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|

ExponentHR by Exponent Technologies

---

**PRIMELENDING, A PLAINSCAPITAL COMPANY**
18111 PRESTON ROAD, STE. 900
DALLAS, TX 75252

Date: 03/30/2018

01060034

Pay to the order of: **AARON A PEEK**

Amount: $ *******0.00

Your net pay has been directly deposited into the bank accounts shown

U.S. Dollars

N14317
**AARON A PEEK**
40810 UTICA ROAD
STERLING HEIGHTS, MI 48313


NON-NEGOTIABLE

# Form 1040 — U.S. Individual Income Tax Return (2017)

Department of the Treasury — Internal Revenue Service (99) — OMB No. 1545-0074 — IRS Use Only — Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20 ____. See separate instructions.

**AARON A PEEK**
**40810 UTICA RD**
**STERLING HEIGHTS, MI 48313**

Your social security number: ███-██-0802

COPY ONLY — DO NOT FILE

**Filing Status** (Check only one box)
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here.
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b [ ] Spouse
- Boxes checked on 6a and 6b: **1**

6c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child <17 for qual. for child tax cr. (see inst) |
|---|---|---|---|
| ADRIANNA PEEK | ███-██-████ | DAUGHTER | X |

- No. of children on 6c who: lived with you **1**
- did not live with you due to divorce or separation (see inst) ____
- Dependents on 6c not entered above ____
- Add numbers on lines above ▶ **2**

d Total number of exemptions claimed.

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 66,612. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | 144. |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | 4,031. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount _____ | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income. ▶ | 70,787. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income. ▶ | 70,787. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form 1040 (2017)

1040 (2017)
Form Software Copyright 1996 - 2018 HRB Tax Group, Inc.   FD1040-1WV 1.25

Form 1040 (2017) AARON A PEEK ███-██-0802 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 70,787. |
| | 39a | Check if: ☐ You were born before January 2, 1953, ☐ Blind. ☐ Spouse was born before January 2, 1953, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for -** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 18,147. |
| ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 52,640. |
| | 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 8,100. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 44,540. |
| | 44 | Tax (see inst.) Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 6,011. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| ● All others: Single or Married filing separately, $6,350 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 6,011. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | 420. |
| Married filing jointly or Qualifying widow(er), $12,700 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | 1,000. |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| Head of household, $9,350 | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add ln 48 through 54. These are your total credits | 55 | 1,420. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 4,591. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | 14. |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ instructions; enter code(s) _____ | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 4,605. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 11,503. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 11,503. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 6,898. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 6,898. |
| Direct deposit? See instructions. | b | Routing number XXXXXXXXX c Type: ☐ Checking ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal ID number (PIN) ▶ | |

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation LOAN OFFICER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an ID Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form 1040 (2017)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

In re:  Aaron Peek

                Debtor(s)

Case No. 16-41765
Chapter 13
Hon Mark A. Randon

## ORDER CONFIRMING MODIFICATION OF CHAPTER 13 PLAN

This matter having come on for consideration based upon the filing of a Third Post-Confirmation Plan Modification, due notice and an opportunity for hearing having been given, a certification of no response having been filed, and the Court having found that the proposed amendment is in accordance with law;

NOW THEREFORE, upon motion of Aaron D. Geyer, counsel for the Debtor(s);

IT IS HEREBY ORDERED that this Court's previous Order Confirming Plan, entered and dated May 17 2016 shall be amended in the following fashion:

1. Plan payments are increased to $1,465.07/Semi-Monthly
2. Remission of the 2017 tax refund ($6,898.00) is excused.

IT IS FURTHER ORDERED that in all other respects, the Order Confirming Plan shall remain in full force and effect.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**EXHIBIT A**

In re: Aaron Peek

            Debtor(s)
_____/

Case No. 16-41765
Chapter 13
Hon Mark A. Randon

## NOTICE OF THIRD POST-CONFIRMATION PLAN MODIFICATION

Debtor has filed papers with the Court to modify the terms of his confirmed Chapter 13 plan by increasing the Plan payments and excusing remission of his 2017 tax refund.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, within 28 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:

        United States Bankruptcy Court
        211 West Fort Street, Suite 2100
        Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

        Aaron D. Geyer, (P39889)
        32411 Mound Road
        Warren, Michigan 48092

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

                        /s/ Aaron D. Geyer
                        _____
                        Aaron D. Geyer (P39889)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re: Aaron Peek

                Debtor(s)
_____/

Case No. 16-41765
Chapter 13
Hon Mark A. Randon

## PROOF OF SERVICE

On April 30, 2018, I mailed a copy of Debtor's Third Post-Confirmation Plan Modification, Notice and Opportunity For Hearing, and a Proposed Order for Modification of Confirmed Plan in the above-entitled action to the Chapter 13 Trustee, and creditors on the attached sheet by regular U.S. Mail.

Dated 04/30/18

/s/ Aaron D. Geyer

Aaron D. Geyer

Prepared by:
Aaron D. Geyer, (P-39889)
32411 Mound Road
Warren, Michigan 48092
(586) 303-2211
Aaron@Chrisaiello.com

Label Matrix for local noticing
0645-2
Case 16-41765-mar
Eastern District of Michigan
Detroit
Mon Apr 30 12:59:28 EDT 2018

AT&T
208 S. Akard Street
Dallas, TX 75202-4206

Barclays Bank of Delaware
125 South West Street
Wilmington, DE 19801-5014

Beaumont Health System
750 Stephenson Highway, PO Box 5043
Troy, MI 48007-5043

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226-3314

Christian Financial C.U.
18441 Utica Road
Roseville, MI 48066-4299

Comenity Bank/Trek
PO Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Cheryl Cook
700 Tower Drive
Suite 510
Troy, MI 48098-2837

DFS/Webbank
11 McLeland Road
St. Cloud, MN 56395-0001

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Ditech Financial, LLC
PO Box 6172
Rapid City, SD 57709-6172

Fabrizio & Brook
700 Tower Drive, Suite 510
Troy, MI 48098-2837

Christopher E. Frank
P.O. Box 2191
Royal Oak, MI 48068-2191

Moe Freedman
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202-6030

Fresh Cut Lawn and Landscape
PO Box 183083
Shelby Township, MI 48318-3083

Aaron D. Geyer
32411 Mound Road
Warren, MI 48092-3827

Jordan Fredrick
36790 St Clair Drive
New Baltimore, MI 48047-5523

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Macomb County Friend of Court
40 N. Main St., 6th Floor
Case No. 11-4017-DM
Mt. Clemens, MI 48043-5658

MiSDU
PO Box 30351
Lansing, MI 48909-7851

Michigan Attorney General
3030 West Grand Blvd, Suite 10-200
Detroit, MI 48202-6030

Michigan Department of Treasury
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909
5 48909-7668

Michigan Department of Treasury
PO Box 30199
Lansing, MI 48909-7699

PYOD, LLC its successors and assigns as assi
of AT&T Mobility, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

| | | |
|---|---|---|
| Pediatric Health Care<br>42141 Mound Road, Suite B<br>Sterling Heights, MI 48314-3144 | Aaron Peek<br>40810 Utica Road<br>Sterling Heights, MI 48313-3247 | Plotnik & Associates<br>401 South Old Woodward Avenue, 426<br>Birmingham, MI 48009-6613 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/SMARTCN<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| State of Michigan Department of Treasury<br>Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd, Ste 10-200<br>Detroit, MI 48202-6030 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target National Bank<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Transworld System<br>507 Prudential Road<br>Horsham, PA 19044-2308 | US Attorney<br>211 W. Fort Street, Suite 2300<br>Detroit, MI 48226-3269 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | District Director, IRS<br>Attn: Special Procedures Staff<br>PO Box 330500, Stop 15<br>Detroit, MI 48232 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Christian Financial Credit Union | (u)Ditech Financial LLC | End of Label Matrix<br>Mailable recipients  40<br>Bypassed recipients   2<br>Total                42 |